UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14393-CIV-CANNON/Reid

JUSTIN W. SETTLE,

    Plaintiff,

v.

OFFICER SHWARTZ, *et al*.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

**THIS CAUSE** comes before the Court upon the Report and Recommendation of Magistrate Judge Lissette M. Reid ("Report") [ECF No. 11], entered on February 9, 2021. Plaintiff Justin W. Settle filed a *pro se* Complaint [ECF No. 1] pursuant to 42 U.S.C. § 1983, alleging deliberate indifference to a serious medical need in violation of his rights under the Eighth Amendment. Plaintiff was permitted to proceed *in forma pauperis* [ECF No. 4]. In the Report, Magistrate Judge Reid recommends that Plaintiff's Complaint proceed against Defendants Sergeant Brown, Sergeant Borrow, C.O. Schwartz, and Nurse Clark in their individual capacities for deliberate indifference to Plaintiff's serious medical needs [ECF No. 11 p. 12]. Magistrate Judge Reid also recommends that Plaintiff's claim against Defendant C.O. Fanning be dismissed pursuant to § 1915(e)(2)(B)(ii). Plaintiff filed a timely Objection to Magistrate Judge Reid's recommendation to dismiss Plaintiff's claim for deliberate indifference to a serious medical need against Defendant C.O. Fanning [ECF No. 14].

    A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific

findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, LLC*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having reviewed the Report, Plaintiff's Objection, the record, applicable law, and being in agreement with the recommendations of Magistrate Judge Reid, hereby **ORDERS AND ADJUDGES** as follows:

1. Judge Reid's Report and Recommendation [ECF No. 11] is **ADOPTED**.
2. Plaintiff's Complaint [ECF No. 1] shall proceed against Defendants Sergeant Brown, Sergeant Borrow, C.O. Schwartz, and Nurse Clark.
3. Plaintiff's claim against Defendant C.O. Fanning is **DISMISSED** pursuant to § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of March 2021.

**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:   Justin W. Settle
      V08109
      Florida State Prison-West Unit
      PO BOX 800
      Raiford, FL 32083
      PRO SE